**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosalia M. Feraro, | NO. C 10-02752 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| IMPAC Funding Corp., et al., | |
| Defendants. | |
| _____/ | |

This case is scheduled for a Case Management Conference on September 27, 2010.  Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Defendants have duly submitted a Case Management Statement.  (See Docket Item No. 35.)  Plaintiff is proceeding in *pro se* and has failed to join in Defendants' Statement nor file her own.

Defendants have filed three Motions to Dismiss currently set for hearing on November 29, 2010.  (See Docket Item No. 27.)  In light of Defendants' pending dispositive Motions, the Court finds that a Case Management Conference would be premature at this time.  Accordingly, the Court VACATES the September 27, 2010 Case Management Conference.  The Court will set a new Case Management Conference date in its Order addressing Defendants' pending Motions to Dismiss, if necessary.

Dated:  September 21, 2010

_____
JAMES WARE
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cathy Ann Hongola chongola@allenmatkins.com
Eric Martin Schiffer eschiffer@schifferbuus.com
Richard Joseph Reynolds rreynolds@trlawyers.com
Thomas Allan Greco tgreco@trlawyers.com

Rosalia M Feraro
2849 Glen Donegal Drive
San Jose,  CA 95148

**Dated:  September 21, 2010**                    **Richard W. Wieking, Clerk**

                                             **By:____/s/ JW Chambers_____**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**