IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rosalia M. Feraro, | NO. C 10-02752 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |
| v. | |
| IMPAC Funding Corp., et al., | |
| Defendant. | |

On December 2, 2010, the Court issued an Order Granting Defendants' Motion to Dismiss with Leave to Amend. (hereafter, "Order," Docket Item No. 42.) The Court directed Plaintiff to file her Amended Complaint on or before December 20, 2010. (Id. at 9.) The Court clearly warned that, "Failure to timely file an Amended Complaint may result in dismissal for lack of prosecution pursuant to Fed. R. Civ. P. 41(b), which is dismissal on the merits." (Id.) To date, Plaintiff has failed to file her Amended Complaint or otherwise communicate with the Court. Defendants, on the other hand, have filed a Notice of Non-Receipt of Amended Complaint/Failure to Comply with Court Order. (Docket Item No. 43.)

Accordingly, the Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. On **February 28, 2011 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court on or before **February 18, 2011**, why this case should not be dismissed for failure to prosecute. The certificate shall set forth in factual summary the reason no Amended Complaint has been filed and

what steps Plaintiff is taking to prosecute the action. If Plaintiff fails to file the certification, the February 28 hearing will be vacated automatically and the case will be dismissed.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action pursuant to Fed. R. Civ. P. 41(b).

Dated: January 20, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cathy Ann Hongola chongola@allenmatkins.com
Eric Martin Schiffer eschiffer@schifferbuus.com
Richard Joseph Reynolds rreynolds@trlawyers.com
Thomas Allan Greco tgreco@trlawyers.com

Rosalia M Feraro
2849 Glen Donegal Drive
San Jose, CA 95148

**Dated: January 20, 2011**          **Richard W. Wieking, Clerk**

                                                   **By:    /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California